AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

RLI INSURANCE COMPANY, et al.

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

WESTFIELD INSURANCE COMPANY

Case Number: 1:17-cv-00491

Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...the Motion of Plaintiff, RLI Insurance Company, for Declaratory Judgment (doc. 17) is hereby **GRANTED**.  The Court declares that Defendant Westfield owes Plaintiff Cassidy Turley Ohio defense and indemnification for the claims asserted in the personal injury case pending in the Hamilton County, Ohio Court of Common Pleas captioned, *Heather Everett v. Cincy Office Properties, Inc., et al.*, No. A 1405220.  The Court further declares that Plaintiffs are entitled to an award of attorney's fees and costs in connection with filing and prosecuting this civil action.  If the parties are unable to agree to an appropriate award, Plaintiff shall file a motion therefor in compliance with Fed. R. Civ. P. 54(d) and S. D. Ohio Civ. R. 54.2(a).

6/11/2018

Date

RICHARD W. NAGEL, CLERK

Clerk

*[signature]*

(By) Deputy Clerk